## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JAYMENE L., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-425-GZS |
| | ) |
| SOCIAL SECURITY ADMINISTRA- | ) |
| TION COMMISSIONER, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 18) filed August 20, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Administrative Decision is **AFFIRMED**.

      /s/ George Z. Singal
      United States District Judge

Dated this 5th day of September, 2018.